UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REYMUNDO VARELA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-98-109 |
| CAMERON COUNTY, ET AL. | § | |

## ORDER

On this day the Court considered JAVIER LOREDO'S Unopposed Motion for Extension of Time to Respond to the Complaint. IT IS ORDERED that the motion is GRANTED.

IT IS ORDERED that the Defendant, JAVIER LAREDO, shall respond to the Plaintiff's complaint on or before September 30, 1998.

_____
John Wm. Black
United States Magistrate Black

Date: October 15, 1998