9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 16 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| REYMUNDO VARELA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER B-98-109 |
| ) | |
| CAMERON COUNTY, TEXAS, and ) | |
| JAVIER LOREDO, in his individual ) | |
| and official capacities, ) | |
| Defendants. | |

## ORDER RESETTING
## INITIAL PRETRIAL CONFERENCE

The Court having before it Defendant County's unopposed motion to reset the initial pretrial conference, and being of the opinion that it should be GRANTED, resets the Initial Pretrial Conference to  Friday, December 11 , 1998, at  2 : 00  o'clock  P . M., before Magistrate Judge John Wm. Black.

IT IS SO ORDERED.

SIGNED on  15th day of  October , 1998, in Brownsville, Texas.

_____
Judge Presiding

ClibPDF - www.fastio.com