*11*

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF TEXAS
              BROWNSVILLE DIVISION
```

REYMUNDO VARELA                         *
                                        *
        VS                              *  C.A. NO. B98 109
                                        *
CAMERON COUNTY, TEXAS, ET AL            *

**United States District Court
Southern District of Texas
ENTERED

DEC 15 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk**

## SCHEDULING ORDER

On this day an initial pretrial conference was held in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1)  CAMERON COUNTY, TEXAS, shall file Motion for Summary Judgment by **January 29, 1999**. Response to said motion shall be filed by **March 1, 1999**.

(2)  All discovery in this case must be completed by **November 5, 1999**. If additional time is required, a motion requesting such extension must be filed no later than **September 7, 1999**. Failure to file such motion shall preclude further discovery.

(3)  All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discover

(4)  A joint pretrial order, which conforms to the requirements of Appendix B of the Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **November 17, 1999**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5)  A final pretrial and settlement conference is set for **November 19, 1999, 1:30 pm**.

(6)  Trial on the merits is set for **December, 1999**, docket call.

DONE at Brownsville, Texas, on _____December 10, 1998_____.

_____
                    John Wm. Black
              United States Magistrate Judge