UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| REYMUNDO VARELA,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION NUMBER B-98-109 |
| CAMERON COUNTY, TEXAS, and<br>JAVIER LOREDO, in his individual<br>and official capacities,<br>    Defendants. | )<br>)<br>)<br>)<br>) |

ORDER GRANTING CAMERON COUNTY'S
UNOPPOSED MOTION
FOR
EXTENSION TO FILE SUMMARY JUDGEMENT

The Court having reviewed Cameron County's Unopposed Motion For Extension To file Summary Judgement finds that it should be GRANTED.

Cameron County is given until ~~February~~ MARCH 12, 1999, to file its motion and brief for summary judgment.

It is so ORDERED.

SIGNED this 10 day of FEB , 1999.

_____
JUDGE PRESIDING