15

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JUL 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | |
|---|---|
| REYMUNDO VARELA | § |
| | § |
| VS. | § CIVIL ACTION NO. B-98-109 |
| | § |
| CAMERON COUNTY, TEXAS, AND | § |
| JAVIER LOREDO, IN HIS INDIVIDUAL | § |
| AND OFFICIAL CAPACITIES | § |

TYPE OF CASE:   __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON CAMERON COUNTY'S MOTION FOR SUMMARY JUDGMENT

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

SEPTEMBER 7, 1999 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JULY 23, 1999

TO:   MR. LOUIS S. SOROLA
      MR. RICHARD O. BURST
      MR. ALBERT LOPEZ