*18*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**

**SEP 1 0 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| REYMUNDO VARELA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-109 |
| | § | |
| CAMERON COUNTY, TEXAS, AND | § | |
| JAVIER LOREDO, IN HIS INDIVIDUAL | § | |
| AND OFFICIAL CAPACITIES | § | |

TYPE OF CASE:       __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                        ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**         **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                        DATE AND TIME:

**OCTOBER 8, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     SEPTEMBER 7, 1999

TO:      MR. LOUIS S. SOROLA
         MR. RICHARD O. BURST
         MR. ALBERT LOPEZ

ClibPDF - www.fastio.com