# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 2 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| REYMUNDO VARELA § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-109 |
| § | |
| CAMERON COUNTY, TEXAS, AND § | |
| JAVIER LOREDO, IN HIS INDIVIDUAL § | |
| AND OFFICIAL CAPACITIES § | |

TYPE OF CASE: __X__ CIVIL   ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**OCTOBER 8, 1999 AT 1:30 P.M.**

CONTINUED TO DATE AND TIME:

**NOVEMBER 10, 1999 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 24, 1999

TO:   MR. LOUIS S. SOROLA
       MR. RICHARD O. BURST
       MR. ALBERT LOPEZ