IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REYMUNDO VAREKA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-109 |
| | § | |
| CAMERON COUNTY, TEXAS, ET AL. | § | |

CONSENT TO EXERCISE OF JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Richard O. Burst | Cameron Cty. | 11/10/99 |
| Louis S. Sorola | Reymundo Vareka | 10/10/99 |
| [signature] | Javier Lopedo | 10/10/99 |

ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

11-10-99
Date

_____
Filemon B. Vela
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.