# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

*United States District Court*
*Southern District of Texas*
*ENTERED*
*NOV 1 8 1999*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

| | | |
|---|---|---|
| REYMUNDO VARELA | § § | |
| VS. | § § | CIVIL ACTION NO. B-98-109 |
| CAMERON COUNTY, TEXAS, ET AL. | § | |

## ORDER GRANTING SUMMARY JUDGMENT

The Court having Defendant County's Motion for Summary Judgment, and being of the opinion that it should be **GRANTED**, and that all causes of action against Cameron County, Texas should be **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

SIGNED at Brownsville, Texas, this 17th day of November 1999.

_____
John Wm. Black
United States Magistrate Judge