# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REYMUNDO VARELA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-109 |
| | § | |
| CAMERON COUNTY, TEXAS, ET AL. | § | |

## ORDER DISMISSING CASE ADMINISTRATIVELY

The Court having previously granted a Motion for Summary Judgment dismissing the Plaintiff's claims against Cameron County, Texas, has been advised by counsel for Plaintiff, Reymundo Varela, that Plaintiff has failed to appear for hearings in a state court criminal action and that he has not contacted his attorney.

Plaintiff's claims against Javier Loredo are **DISMISSED ADMINISTRATIVELY**, without prejudice. The Clerk is ordered to close this file.

SIGNED at Brownsville, Texas, this 17th day of November 1999.

John Wm. Black
United States Magistrate Judge