

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

REYMUNDO VARELA,            §
    Plaintiff,              §
                    §
v.                          §
                    §  CIVIL ACTION NUMBER: B-98-109
CAMERON COUNTY, a municipal §
corporation and CONSTABLE   §
JAVIER LOREDO, in his       §
individual and official     §
capacity,                   §
    Defendants.             §

United States District Court
Southern District of Texas
ENTERED

NOV 1 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL

On the *10TH* day of *NOVEMBER*, 199*9*, the Court considered Louis S. Sorola's Motion for Withdrawal of Counsel.

1.    The Court finds that there is good cause for withdrawal of Movant as counsel.

2.    The Court finds that:

    a.    the Motion for Withdrawal of Counsel was delivered to REYMUNDO VARELA

    b.    the Motion included written notice to REYMUNDO VARELA of his right to object to the motion;

    c.    the motion included the last known address of REYMUNDO VARELA is P.O. Box 2083, Los Indios, Texas 78567; and

    d.    the motion included pending settings and deadlines in the case as follows:

3.    The Court ORDERS that Movant is withdrawn as counsel of record for REYMUNDO VARELA in this cause.

4.    The Court finds that the last known mailing address of REYMUNDO VARELA is P.O. Box 2083, Los Indios, Texas 78567 and

5

ORDERS that all notices in this cause shall be delivered to REYMUNDO VARELA in person or sent to REYMUNDO VARELA at that address by both certified and regular first-class mail.

5. The Court ORDERS that Louis S. Sorola, Movant, immediately provide written notification to REYMUNDO VARELA of any additional settings or deadlines now known to Louis S. Sorola which REYMUNDO VARELA has not already been notified.


SIGNED on _10   NOV_ , 19_99_.


_____
JUDGE PRESIDING

6

ClibPDF - www.fastio.com